

July 22, 2022

**Via Electronic Filing**

Magistrate Judge Michael Hammer
United States Magistrate Judge
1 Federal Square, Room 457
Newark, NJ  07101

RE:   WIDMAIER v. CITY OF NEWARK, et al
        DOCKET NO.: 2:16-cv-2533
        DOA: July 21, 2015
        OUR FILE NO.: 204006

Dear Magistrate Judge Hammer:

   This office represents the Plaintiffs in the above-captioned matter.

   This matter is tentatively settled amongst the parties, pending the approval of the Newark City Council.  Plaintiff respectfully requests an extension of the 60-day Order of dismissal since the Newark City Council meeting to approve this matter has not taken place.  We've been advised by City of Newark's attorney, Emilia Perez, that there are fewer council meetings over the summer, therefore this matter may not be placed on the agenda until September.

   Thank you for your attention to this matter.

Very truly yours,

James C. DeZao, Esq.
JCD/md

cc:   Emilia Perez, Esq. (via ECF)